IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISREE SINGH, | : | Civil No. 3:17-cv-421 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| CRAIG A. LOWE, et al., | : | |
| Respondents | : | |

## MEMORANDUM

I. **Background**

On March 7, 2017, Petitioner Isree Singh ("Petitioner"), a native and citizen of Guyana, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his continued detention by the United States Immigration and Customs Enforcement ("ICE"), and seeking immediate release from custody. (Doc. 1). At the time his petition was filed, Petitioner was detained at the Pike County Correctional Facility in Lords Valley, Pennsylvania. (*Id.* at p. 2).

On January 26, 2018, Respondents filed a suggestion of mootness stating that Petitioner was removed from the United States on July 25, 2017. (Doc. 9; Doc. 9-1, pp. 1-2, Warrant of Removal/ Deportation). Respondents argue that the habeas petition is therefore moot. (Doc. 9, pp. 1-3). In an effort to ascertain the custodial status of Petitioner, the Court accessed the United States Immigration and Customs Enforcement Online Detainee Locator System and the Vinelink online inmate locator system, which revealed that

Petitioner is no longer in custody.[1] For the reasons set forth below, the habeas petition will be dismissed as moot.

## II. Discussion

Article III of the Constitution dictates that a federal court may adjudicate "only actual, ongoing cases or controversies." *Lewis v. Continental Bank Corp.*, 494 U.S. 472, 477 (1990); *Burkey v. Marberry*, 556 F.3d 142, 147 (3d Cir. 2009). "[A] petition for habeas corpus relief generally becomes moot when a prisoner is released from custody before the court has addressed the merits of the petition." *Diaz-Cabrera v. Sabol*, 2011 U.S. Dist. LEXIS 124195, *3 (M.D. Pa. 2011) (quoting *Lane v. Williams*, 455 U.S. 624, 631 (1982)). Thus, when a petitioner, who challenges only his ICE detention pending removal and not the validity of the removal order itself, is deported, the petition becomes moot because the petitioner has achieved the relief sought. *See Tahic v. Holder*, 2011 U.S. Dist. LEXIS 49782, *3-4 (M.D. Pa. 2011); *Nguijol v. Mukasey*, 2008 U.S. Dist. LEXIS 95464, *1-2 (M.D. Pa. 2008) (dismissing the habeas petition as moot).

---

[1] Upon entering Petitioner's alien registration number, 023506143, and his country of birth, Guyana, into the Online Detainee Locator System, https://locator.ice.gov/odls/homePage.do, the results returned no matches for any such detainee. Additionally, upon entering petitioner's offender identification number, 17951, into the online inmate locator system, https://vinelink.com/#/search, his status was returned as follows:

Offender Name: Singh, Isree Persaud
Date of Birth: 03/11/1951
Custody Status: Out of Custody

2

In the present case, the habeas petition challenges Petitioner's continued detention pending removal. *See* (Doc. 1). Petitioner was removed from the United States on July 25, 2017. *See* (Doc. 9-1, pp. 1-2). Because Petitioner has been released from ICE custody and removed from the United States, the petition no longer presents an existing case or controversy. *See Diaz-Cabrera*, 2011 U.S. Dist. LEXIS 124195 at *2-4. Further, Petitioner has received the habeas relief he sought, namely, to be released from ICE custody. *See Sanchez v. AG*, 146 F. App'x 547, 549 (3d Cir. 2005) (holding that the habeas petition challenging the petitioner's continued detention by ICE was rendered moot once the petitioner was released). Accordingly, the instant habeas corpus petition will be dismissed as moot. *See Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot.")).

A separate Order shall issue.

Date: February 8, 2018

Robert D. Mariani
United States District Judge